UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | | |
|---|---|---|
| ROBERT TOMPKINS | ) | Filed Electronically |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| VS. | ) | |
| | ) | |
| BONNIE PLANTS, INC. d/b/a BONNIE PLANTS, ALABAMA FARMERS COOPERATIVE, INC. d/b/a BONNIE PLANTS, AND LOWE'S HOME IMPROVEMENT, LLC, d/b/a LOWE'S and d/b/a LOWE'S HOME IMPROVEMENT | ) ) ) ) ) ) | **CASE NO. 5:19-cv-00197-KKC** |
| DEFENDANTS. | ) | |

## MOTION TO DISMISS BY LOWE'S HOME CENTERS, LLC

Comes the Defendant, Lowe's Home Centers, LLC (incorrectly identified in Plaintiff's Complaint as "Lowe's Home Improvement, LLC") ("Lowe's"), by counsel, and for its response to Plaintiff's Complaint, moves this Court, pursuant to Fed. R. Civ. P. 12, to dismiss Plaintiff's claims against it for failure to state a claim upon which relief may be granted. In support thereof, Lowe's submits the attached Memorandum in Support filed contemporaneously-herewith.

Respectfully submitted,

WMR DEFENSE

/s/ Gary W. Thompson
John W. Walters
Gary W. Thompson
771 Corporate Drive, Suite 900
Lexington, Kentucky 40503
Telephone:   (859) 219-9090
Facsimile:   (859) 219-9292
COUNSEL FOR DEFENDANTS

2

## **CERTIFICATE OF SERVICE**

On May 3, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Gary W. Thompson
COUNSEL FOR DEFENDANTS

923.006190C:\NRPortbl\Golden_and_Walters\STEPHANIE.ROSS\1033400_1.docx