UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| ROBERT TOMPKINS | Filed Electronically |
| PLAINTIFF, | |
| VS. | |
| BONNIE PLANTS, INC. d/b/a BONNIE PLANTS, ALABAMA FARMERS COOPERATIVE, INC. d/b/a BONNIE PLANTS, AND LOWE'S HOME IMPROVEMENT, LLC, d/b/a LOWE'S and d/b/a LOWE'S HOME IMPROVEMENT | CASE NO. 5:19-cv-00197-KKC |
| DEFENDANTS. | |

**AGREED ORDER OF SUBSTITUTION**

The parties having understood that Lowe's Home Improvement, LLC does not own or operate Lowe's stores in Kentucky, and having AGREED that the claims against Defendant Lowe's Home Improvement, LLC should be dismissed, and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED AND ADJUDGED** that the claims herein against Defendant Lowe's Home Improvement, LLC are **DISMISSED** in their entirety without prejudice, and those same claims shall remain as against the newly substituted party, Lowe's Home Centers, LLC, which owns and/or operates the Lowe's Store at issue in Lexington, Kentucky.

2

HAVE SEEN:
AGREED TO BE ENTERED:

/s/ J. Tate Meagher, with permission, LRH
J. Tate Meagher
*Counsel for Plaintiff*

/s/ Lucas Harrison
John W. Walters
Gary W. Thompson
Lucas R. Harrison,
*Counsel for Defendants*

/s/ Laura L. Mays
Laura L. Mays
*Co-Counsel for Defendant,*
*Lowe's Home Improvement, LLC*

## CERTIFICATE OF SERVICE

On August 28, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Lucas Harrison
COUNSEL FOR DEFENDANTS

923.006190C:\NRPortbl\Golden_and_Walters\JAIME\1094625_1.docx