UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | | |
|---|---|---|
| ROBERT TOMPKINS, | ) | *Electronically Filed* |
| | ) | |
| PLAINTIFF, | ) | **CASE NO. 5:19-cv-00197-KKC** |
| | ) | |
| VS. | ) | |
| | ) | |
| BONNIE PLANTS, INC. d/b/a BONNIE PLANTS; | ) | |
| and LOWE'S HOME IMPROVEMENT, LLC, | ) | |
| d/b/a LOWE'S and d/b/a LOWE'S HOME | ) | |
| IMPROVEMENT, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

**NOTICE OF FILING**

Come the Defendants, Bonnie Plants, Inc., and Lowe's Home Centers, LLC, by counsel, and hereby state that all claims that have been and could have been asserted by the Plaintiff, Robert Tompkins, against the Defendants Bonnie Plants, Inc., and Lowe's Home Centers, LLC, have been resolved. The parties will tender a proposed Agreed Order of Dismissal resolving all claims in the near future.

Respectfully submitted,

WALTERS RICHARDSON, PLLC
  */s/ Gary W. Thompson*
John W. Walters
Gary W. Thompson
Lucas R. Harrison
771 Corporate Drive, Suite 900
Lexington, Kentucky 40503
Telephone:      (859) 219-9090
Facsimile:      (859) 219-9292
Email:          John@WaltersRichardson.com
                Gary@WaltersRichardson.com
                Lucas@WaltersRichardson.com
COUNSEL FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

On March 23, 2021, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Gary W. Thompson*

COUNSEL FOR DEFENDANTS

0923.006190C:\NRPortbl\Golden_and_Walters\CHRISTINE\1443703_1.docx